```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

STEVEN BRAUNSTEIN; et al.,            )   3:10-CV-00051-ECR-VPC
                                      )
    Plaintiffs,                       )   MINUTES OF THE COURT
                                      )
vs.                                   )   DATE: June 25, 2010
                                      )
DAVID ROGER, DISTRICT ATTORNEY FOR    )
CLARK COUNTY, NEVADA; et al.,         )
                                      )
    Defendants.                       )
_____)


PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING


<u>MINUTE ORDER IN CHAMBERS</u>

    **IT IS HEREBY ORDERED** that the Motion for Enlargement of Time (#27), filed by Defendants T. Arthur Ritchie, Catherine Cortez Masto, and James Hardesty on June 24, 2010, is **GRANTED**.  Said defendants shall have until July 20, 2010, to file their response to Plaintiffs' Objection (#25) to the Report and Recommendation (#24) filed by Magistrate Judge Cooke.

                                                                      LANCE S. WILSON, CLERK

                                                                      By      /s/
                                                                          Deputy Clerk